DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**REAL TIME RESOLUTIONS, INC.,**
Appellant,

v.

**NORMAN G. BERUBE** a/k/a **NORMAN BERUBE,** et al.,
Appellees.

No. 4D22-357

[July 14, 2022]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Andrea Gundersen, Judge; L.T. Case No. CACE19001138.

Loretta Comiskey O'Keeffe and Patti W. Halloran of Gibbons | Neuman, Tampa, for appellant.

Michael Farrar, Doral, for appellee Asset Recovery Inc.

PER CURIAM.

*Affirmed.*

GERBER, LEVINE and ARTAU, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***